--- PRESORTED FIRST CLASS ---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0006557458    JAN 13 2015
MAILED FROM ZIP CODE 78701

1/5/2015
Curiel, John                Tr. Ct. No. 1009999-A                WR-76,672-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta

JOHN CURIEL
~~HIGHTOWER UNIT~~ - TDC #1312715
~~902 FM 686~~
~~DAYTON, TX 77~~535

RTS

DISCHARGED TF